1  Daniel R. Richardson, Esq., SBN 165601
   Richardson Intellectual Property Law, Prof. Corp.
2  870 Market St., Suite 615
   San Francisco, CA 94102
3  (415)291-8900
   (415)291-8391 fax
4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  EXPEREXCHANGE, INC., et al.              No. CV 08 3875 JCS

10         Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A
                                            UNITED STATES MAGISTRATE JUDGE**
11     v.

12 DOCULEX, INC., et al.

13         Defendant(s).
                                        /
14 _____

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: August 28, 2008               _____
                                          Signature
22
                                          Counsel for  Plaintiff
23                                        (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28