Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@apatentlawyer.com

Attorneys for Plaintiff
EXPEREXCHANGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION,<br><br>Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Defendants.<br>_____<br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Counter/Cross-plaintiffs<br><br>EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION, and EXPERVISION, INC. a California Corporation,<br><br>Counterdefendants.<br>_____ | Case No.: **CV-08-3875 JCS**<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [Proposed] ORDER**<br><br>Hearing Date: **November 21, 2008**<br>Hearing Time: **1:30 PM**<br>Courtroom:    **A, 15th Floor**<br>Before:   **Hon. Magistrate Judge Spero** |

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER
1

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the Initial Case Management Conference presently scheduled for November
3   21, 2008 in the above-captioned action be continued due to the fact that counsel for Plaintiff will be in
4   trial in the Federal District Court for the Eastern District of California on the scheduled date.
5
6   Counsel are available for a continued Case Management Conference on December 12, 2008 at
7   1:30 PM in Courtroom A.  The initial meeting of counsel is re-scheduled for November 24, 2008, the
8   filing of Case Management Statements and exchange of initial disclosure statements is set for
9   December 5, 2008.

10  Date:  October 22, 2008           RICHARDSON INTELLECTUAL PROPERTY LAW,
11                                         Professional Corporation
12                                         /s/
13                                    _____
14                                    Daniel R. Richardson, Esq.
                                      Attorneys for Plaintiff
15
16  Date: _____              DAVIS WRIGHT TREMAINE, LLP
17                                         /s/
                                      _____
18                                    Joseph E. Addiego, III, Esq.
                                      Attorneys for Defendants
19
20
21
22      IT IS SO ORDERED

23      Dated:  October 24, 2008

        [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

24
25
26
27
28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER
2