KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
 dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
 jreynolds@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
 dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants and Counter plaintiffs, DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC., a California Corporation, DBA: EXPERVISION, <br><br> Plaintiff, <br><br> vs. <br><br> DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual, <br><br> Defendants. | CASE NO. CV 08 3875 JCS <br><br> **SUBSTITUTION OF ATTORNEY** |
| DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual, <br><br> Counter/Cross-plaintiffs, <br><br> vs. | |

10325.00002/41621.1

CV 08 3875 JCS

SUBSTITUTION OF ATTORNEY

```
 1  EXPEREXCHANGE, INC., a
    California corporation, DBA:
 2  EXPERVISION; and EXPERVISION,
    INC., a California corporation,
 3
                Counterdefendants.
 4

 5

 6        Defendants and Counter plaintiffs, DOCULEX, INC., CARL STRANG,

 7  TERRY MORGAN, DAVID BAILEY, JIM GREBEY and DAVID GRIFFITH

 8  ("Parties") and EXPEREXCHANGE, INC. DBA: EXPERVISION ("Plaintiff")

 9  hereby substitute Kinsella Weitzman Iser Kump & Aldisert, LLP as their counsel of

10  record in the above-entitled action.

11

12  Former legal representative:        DAVIS WRIGHT TREMAINE LLP
                                        505 Montgomery Street, Suite 800
13                                      San Francisco, California 94111
                                        Joseph E. Addiego III
14

15  New legal representative:           KINSELLA WEITZMAN ISER KUMP
                                        & ALDISERT LLP
16                                      808 Wilshire Boulevard, 3rd Floor
                                        Santa Monica, California 90401
17                                      Dale F. Kinsella, Esq.
                                        Jeremiah T. Reynolds, Esq.
18                                      David W. Swift, Esq.

19        I consent to this substitution.

20  Date: 11-17-08
                                        _____
21                                      Dale F. Kinsella, Esq.

22        I consent to this substitution.

23  Date: 11-17-08
                                        _____
24                                      Jeremiah T. Reynolds, Esq.

25        I consent to this substitution.

26  Date: 11/17/08
                                        _____
27                                      David W. Swift

28
```

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel: 310.566.9800 • Fax 310.566.9850

10325.00002/41621.1                                                    CV 08 3875 JCS

1  Requesting Party:
2      I consent to this substitution.
3  Date: 11/12/08
4                                          Doculex, Inc.
5      I consent to this substitution.
6  Date: 11/12/08
7                                          Carl Strang
8      I consent to this substitution.
9  Date: 11/12/08
10                                         Terry Morgan
11     I consent to this substitution.
12 Date: 11/12/08
13                                         David Bailey
14     I consent to this substitution.
15 Date: 11/12/08
16                                         Jim Grebey
17     I consent to this substitution.
18 Date: 11/12/08
19                                         David Griffith
20
21     Counsel for Defendants and Counter plaintiffs, formerly of Davis Wright
22 Tremaine LLP.
23
24     I accept this substitution.
25 Date: _____
26                                         Joseph E. Addiego III
                                           David Wright Tremaine LLP
27                                         Counsel for Defendants and Counter-
                                           plaintiffs
28

10325.0002/41621.1                    2                        CV 08 3875 JCS

| | |
|---|---|
| Requesting Party: | |
| I consent to this substitution. | |
| Date: _____ | _____ |
| | Doculex, Inc. |
| I consent to this substitution. | |
| Date: _____ | _____ |
| | Carl Strang |
| I consent to this substitution. | |
| Date: _____ | _____ |
| | Terry Morgan |
| I consent to this substitution. | |
| Date: _____ | _____ |
| | David Bailey |
| I consent to this substitution. | |
| Date: _____ | _____ |
| | Jim Grebey |
| I consent to this substitution. | |
| Date: _____ | _____ |
| | David Griffith |

Former counsel for Defendants and Counter-Plaintiffs, Davis Wright Tremaine LLP.

I accept this substitution.
Date: 11/11/08            *[signature]*

Dated: Nov. 18, 2008      Joseph E. Addiego III
                          Davis Wright Tremaine LLP
                          Counsel for Defendants and Counter-Plaintiffs

IT IS SO ORDERED
*[signature]*
Judge Joseph C. Spero

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10325.00002/41621.1                SUBSTITUTION OF ATTORNEY                CV 08 3875 JCS