Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@apatentlawyer.com

Attorneys for Plaintiff
EXPEREXCHANGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION,<br><br>Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Defendants.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Counter/Cross-plaintiffs<br><br>EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION, and EXPERVISION, INC. a California Corporation,<br><br>Counterdefendants. | Case No.: **CV-08-3875 JCS**<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** [Proposed] **ORDER**<br><br>Hearing Date: **December 5, 2008**<br>Hearing Time: **2:00 PM**<br>Courtroom: **A, 15th Floor**<br>Before: **Hon. Magistrate Judge Spero** |

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Initial Case Management Conference presently scheduled for December 5, 2008 in the above-captioned action be continued due to the fact that counsel for Plaintiff and counsel for Defendants have recently entered the case and also have conflicts with the scheduled date.

Counsel are presently working on their initial disclosures and need more time to identify sources. In view of the holidays, counsel respectfully request the Court to continue the Case Management Conference to January 9, 2009 at 1:30 PM in Courtroom A.

The initial meeting of counsel is re-scheduled for December 16, 2008, and exchange of initial disclosure statements is set for December 19, 2008. The filing of Case Management Statements is set for January 2, 2009. The parties further agree to file the proper ADR forms soon after the initial meeting of counsel.

Date: November 26, 2008    RICHARDSON INTELLECTUAL PROPERTY LAW,
Professional Corporation

Daniel R. Richardson, Esq.
Attorneys for Plaintiff

Date: November 25, 2008    KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

David W. Swift, Esq.
Attorneys for Defendants

IT IS SO ORDERED

Dated: 11/26/8

Hon.  Judge Joseph C. Spero

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER

2