

**KINSELLA
WEITZMAN
ISER
KUMP &
ALDISERT LLP**

David W. Swift
Direct Dial:  (310) 566-9856
Direct Fax:  (310) 566-9872
E-Mail:  dswift@kwikalaw.com
File Number:  10329.02

December 30, 2008

Magistrate Judge Joseph C. Spero
United States District Court
Northern District
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   ExperExchange, Inc. v. Doculex, Inc.

Dear Judge Spero:

I respectfully request to attend the Case Management Conference scheduled for January 9, 2008 at 1:30 p.m. in Courtroom A.  My direct telephone number is (310) 566-9856.  If needed, I can also be reached through my secretary, Lynn Rutherford, whose direct number is (310) 566-9815.

Very truly yours,

David W. Swift

DWS:lkr

Dated:  January 5, 2009



IT IS SO ORDERED
Judge Joseph C. Spero