KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
 dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
 jreynolds@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
 dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants and Counterplaintiffs,
DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC., a California Corporation, DBA: EXPERVISION,<br><br>Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Defendants.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Counter/Cross-plaintiffs,<br><br>vs.<br><br>EXPEREXCHANGE, INC., a California corporation, DBA: EXPERVISION; and EXPERVISION, INC., a California corporation,<br><br>Counterdefendants. | CASE NO. CV 08 3875 JCS<br><br>**Stipulation Scheduling Mediation and [Proposed] Order**<br><br>Date: January 16, 2009<br><br>Before: **Hon. Magistrate Judge Spero** |

CV 08 3875 JCS

Stipulation Scheduling Mediation and [Proposed] Order

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the parties have scheduled a private mediation for Monday, March 23,
3  2009 before Ellen Beilock.

6  Date: January 16, 2009     KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

9  David W. Swift, Esq.
   Attorneys for Defendants

11 Date: January 16, 2009    RICHARDSON INTELLECTUAL PROPERTY LAW,
                             Professional Corporation

14 Daniel R. Richardson, Esq.
15 Attorneys for Plaintiff

17 IT IS SO ORDERED
19 Dated: Jan. 20, 2009



Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310 566 9800 • Fax 310 566 9850

2

CV 08 3875 JCS