**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXPEREXCHANGE, INC.,

        Plaintiff(s),

    v.

DOCULEX, INC.,

        Defendant(s).

_____/

Case No. C08-03875 JCS

**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO POSTPONE MEDIATION [Docket No. 39]**

On March 23, 2009, the parties filed a Stipulation Postponing Mediation (the "Stipulation").

IT IS HEREBY ORDERED that the Stipulation is DENIED without prejudice. The parties shall identify the specific discovery necessary to a mediation and dates on which such discovery will occur.

IT IS SO ORDERED.

Dated:  March 24, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge