

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**

**David W. Swift**
Direct Dial: (310) 566-9856
Direct Fax: (310) 566-9872
E-Mail: dswift@kwikalaw.com
File Number: 10329.02

April 2, 2009

Magistrate Judge Joseph C. Spero
United States District Court
Northern District
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: ExperExchange, Inc. v. Doculex, Inc.

Dear Judge Spero:

I respectfully request to attend the Case Management Conference scheduled for April 10, 2009 at 1:30 p.m. in Courtroom A. My direct telephone number is (310) 566-9856. If needed, I can also be reached through my secretary, Lynn Rutherford, whose direct number is (310) 566-9815.

Very truly yours,

David W. Swift

DWS:lkr

Dated: April 2, 2009



IT IS SO ORDERED
Judge Joseph C. Spero