Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@apatentlawyer.com

Attorneys for Plaintiff
EXPEREXCHANGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION, <br> Plaintiff, <br> vs. <br><br> DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual, <br> Defendants. | Case No.:  **CV-08-3875 JCS** <br><br> **REQUEST FOR TELEPHONIC MEET & CONFER IN DISCOVERY DISPUTE** |

The Court's standing order in discovery disputes requires an in-person 10 business days meet & confer notice.  I gave opposing counsel, who is located in Santa Monica, California, an 8 business day notice when he would be in San Francisco, anyway, but he used the 10 day requirement to avoid the in-person requirement of the court.

In view of the cost of such an in-person meeting, when counsel is located in Santa Monica, California, which I expect to be unfruitful in any case, I respectfully request the Court to

REQUEST FOR TELEPHONIC MEET & CONFER IN DISCOVERY DISPUTE         1

allow a telephonic appearance to satisfy the in-person requirement for a meet & confer in a discovery dispute.

Date: May 18, 2009

Richardson Intellectual Property Law, Prof. Corp.

_____
Daniel R. Richardson, Esq.
Attorney for Plaintiffs

DENIED
REQUEST ~~GRANTED~~

Dated: May 18, 2009

_____
HON. M_____ERO



DENIED
Judge Joseph C. Spero