UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EXPEREXCHANGE INC.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>DOCULEX INC., et al.<br><br>  Defendant(s). | No.  C08-3875 JCS (BZ)<br><br>**ORDER EXCUSING PERSONAL ATTENDANCE OF DOCULEX REPRESENTATIVE** |

Before the Court is defendant's request to have its Chief Executive Officer, who is located in Florida, excused from personally attending the settlement conference scheduled for July 28, 2009. Ordinarily, the Court would deny the request for a number of reasons. However, not only has plaintiff filed no opposition to the request, plaintiff in its settlement conference statement insists that settlement discussions at this juncture will not be productive. **IT IS THEREFORE ORDERED** that defendant's request is **GRANTED**, provided that its representative is available by telephone in the event his participation is

1

1  required.  The parties are reminded that this case was referred
2  to me solely for settlement purposes, not to resolve discovery
3  disputes.  At the same time, the parties are urged to exchange
4  pursuant to Rule 408 of the Federal Rules of Evidence any
5  information either side needs to evaluate this case for
6  settlement purposes.
7  Dated: July 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge