1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10
11  EXPEREXCHANGE INC.,            )
                                   )        No.   C08-3875 JCS (BZ)
12                                 )
                                   )
13          Plaintiff(s),          )        **ORDER CONTINUING**
                                   )        **SETTLEMENT CONFERENCE**
14                                 )
                                   )
15      v.                         )
                                   )
16  DOCULEX INC., et al.           )
                                   )
17                                 )
            Defendant(s).          )
18  _____ )

19      **IT IS ORDERED** that the settlement conference which began
20  this morning is continued to **November 3, 2009 at 9:00 a.m.** in
21  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
22  Avenue, San Francisco, California 94102.  By no later than
23  **October 20, 2009**, plaintiff shall provide defendant and the
24  Court with a written settlement demand.  The demand shall
25  explain with specificity the damages plaintiff expects to
26  recover at trial.  By no later than **October 27, 2009**, defendants
27  shall provide plaintiff and the Court with a written settlement
28  offer.  If defendant challenges the basis for any of plaintiff's

1

1  damage calculations, it shall explain its challenge with
2  specificity.  By **October 29, 2009**, each side may submit a
3  supplemental settlement conference statement apprising the Court
4  of any interim developments that may impact the settlement.
5      At the settlement conference, plaintiff shall be
6  represented by Mr. Richardson and Dr. Wang.  Defendants shall be
7  represented by Mr. Kinsella, Ms. Horton and Mr. Stang.  Either
8  side may bring any other representative it wishes.
9  Dated: July 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge