KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants and Counterplaintiffs,
DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC., a California Corporation, DBA: EXPERVISION,<br><br>Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Defendants. | CASE NO. CV 08 3875 JCS<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF DATE AND [~~PROPOSED~~] ORDER**<br><br>Before: Hon. Magistrate Judge Spero<br>Trial Date: January 4, 2010 |
| DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Counter/Cross-plaintiffs,<br><br>vs.<br><br>EXPEREXCHANGE, INC., a California corporation, DBA: EXPERVISION; and EXPERVISION, INC., a California corporation,<br><br>Counterdefendants. | |

CV 08 3875 JCS

1  WHEREAS, due to the schedules of Plaintiff's expert, Plaintiff's counsel, and Defendants'
2  counsel, the first available date for the deposition of Plaintiff's expert is September 9, 2009;
3  IT IS HEREBY STIPULATED by and between the parties to this action through their
4  designated counsel to extend the expert discovery cut-off date from September 2, 2009 to
5  September 9, 2009.

7  Date: August 25, 2009       KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

10  David W. Swift, Esq.
    Attorneys for Defendants

12  Date: August 25, 2009       RICHARDSON INTELLECTUAL PROPERTY LAW,
                                Professional Corporation

15  Daniel R. Richardson, Esq.
16  Attorneys for Plaintiff

18  IT IS SO ORDERED
20  Dated: Aug. 25, 2009



Judge Joseph C. Spero