KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants and Counterplaintiffs,
DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC., a California Corporation, DBA: EXPERVISION,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>    Defendants.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>    Counter/Cross-plaintiffs,<br><br>vs.<br><br>EXPEREXCHANGE, INC., a California corporation, DBA: EXPERVISION; and EXPERVISION, INC., a California corporation,<br><br>    Counterdefendants. | CASE NO. CV 08 3875 JCS<br><br>**STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION OF ISSUES TO OCTOBER 23, 2009 AND [~~PROPOSED~~] ORDER**<br><br>Before: **Hon. Magistrate Judge Spero**<br>Trial Date:   January 4, 2010 |

CV 08 3875 JCS

1  WHEREAS, the hearing date for Defendants' motion for summary judgment and
2  Defendants' motion for summary adjudication of issues was previously set for October 2, 2009;
3  WHEREAS, the Court rescheduled the hearing date for Defendants' motion for summary
4  judgment and Defendants' motion for summary adjudication of issues to October 16, 2009;
5  WHEREAS, counsel for Defendants is out of the country on a pre-paid vacation from
6  October 9 to October 21;
7  IT IS HEREBY STIPULATED by and between the parties to this action through their
8  designated counsel that the hearing date for Defendants' motion for summary judgment and
9  Defendants' motion for summary adjudication of issues should be rescheduled to October 23,
10  2009.

11
12  Date: 9/1/2009 ~~August __, 2009~~     KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

15  David W. Swift, Esq.
    Attorneys for Defendants

17  Date: 9/1/2009 ~~August __, 2009~~
18  RICHARDSON INTELLECTUAL PROPERTY LAW,
    Professional Corporation

20  Daniel R. Richardson, Esq.
21  Attorneys for Plaintiff

23  IT IS SO ORDERED
25  Dated: 9/1/9

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
    Hon. Judge Joseph C. Spero

    Sidebar: KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
    808 WILSHIRE BOULEVARD, 3RD FLOOR
    SANTA MONICA, CALIFORNIA 90401
    TEL 310 566 9800 · FAX 310 566 9850

    2
    CV 08 3875 JCS
    STIPULATION TO RESCHEDULE THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY
    JUDGMENT AND SUMMARY ADJUDICATION TO OCTOBER 23, 2009 AND [PROPOSED] ORDER