Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391

Kinsella Weitzman Iser Kump & Aldisert, LLP
Dale F. Kinsella (SBN 063370)
Jeremiah Reynolds (SBN 223554)
David W. Swift (SBN 235033)
808 Wilshire Blvd. 3rd Floor
Santa Monica, CA 90401
(310) 566-9800
Fax: (310) 566-9850

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION, <br> Plaintiff, <br> vs. <br> DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual, <br> Defendants. | Case No.: **CV-08-3875 JCS** <br><br> **JOINT STIPULATION AND ORDER FOLLOWING IN-PERSON MEET & CONFER ON DISCOVERY DISPUTE** |

AND RELATED CROSS-ACTION

Plaintiff ExperExchange, Inc. and Defendants DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, DAVID GRIFFITH hereby stipulate to provide the following supplemental responses and/or production:

//

**Defendant Demands:**

**Document Requests 14 & 15, 30 (includes Interrogatory No. 19).**

Plaintiff agrees to produce attachments 4 & 5 for every RSLA entered into between 1999 and August of 2008. Plaintiff may redact customer identifying information.

**Document Request 19.**

Plaintiff agrees to supplement its response to RFP # 19 by producing the Bo Yan Interview Summary.

**Document Request 31 - 37.**

Plaintiff agrees to supplement its response by providing all non-privileged documents related to Plaintiff's RSLA disputes with the following companies:

REBUS, Inc.; PSIGEN, Inc., Atalasoft, Inc., Top Imaging Systems, Inc., HanWang, Inc.

**Interrogatories 4, 5, 7 – 12:**

Plaintiff agrees to supplement its responses within 10 days following Defendant's supplemental production as set forth, *infra*.

**Interrogatory 18:**

Plaintiff agrees to provide supplemental responses by September 18, 2009.

**Plaintiff Demands:**

**Document Demands to Doculex 98**

Defendant agrees to supplement its response by producing internal communications regarding the software engineering design and development of any software products from the trade name list by September 18, 2009, to the extent any exist, and have not already been

produced.

**Document Demands to Doculex 96 and 108**

Defendants agree that if the Court denies Defendant's summary adjudication motion as to Discovery Cracker, Defendants will supplement their production by providing Discovery Cracker Division sales documents within 10 days after the Court ruling.

**Document Demands to Doculex (100, 101, 102, 103, 104, 105)**

Defendant agrees to supplement its production regarding customer downloads for RTK software upgrades for products on the trade name list by September 18, 2009, if any documents exist.

**Document Demands to Doculex (92)**

Defendant agrees to supplement its production by providing any earlier versions of the program known as Discovery Cracker (prior to version 5.0) in its custody and control, by September 18, 2009.

**Document Demands to Individual Defendants**

**Document Demands to David Bailey (10):**

Defendant agrees to supplement his production regarding marketing plans for products on the trade name list by September 18, 2009, if any documents exist.

Richardson Intellectual Property Law, Prof. Corp.

/s/ Daniel R. Richardson
———————————————
Daniel R. Richardson, Esq.
Attorneys for Plaintiff

JOINT STIPULATION AND ORDER FOLLOWING IN-PERSON MEET & CONFER ON DISCOVERY DISPUTE          3

Kinsella Weitzman Iser Kump & Aldisert, LLP

　/s/ David W. Swift
David W. Swift, Esq.
Attorney for Defendants

IT IS SO ORDERED

Date: September 2, 2009

_____
Magistrate Judge Joseph C. Spero

JOINT STIPULATION AND ORDER FOLLOWING IN-PERSON MEET & CONFER ON DISCOVERY DISPUTE　　　4