UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC., | Case No. C08-03875 JCS |
| Plaintiff(s), | **ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS** |
| v. | |
| DOCULEX, INC., | |
| Defendant(s). | |

Defendants have filed two motions for summary judgment, which are set for hearing on October 23, 2009. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/03/08, ¶ 17. No joint statement of undisputed facts has been filed in support of the pending summary judgment motions. Accordingly, the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by **Friday, October 9, 2009.** The parties are cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may be subject to sanctions.

IT IS SO ORDERED.

Dated: September 30, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge