Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@apatentlawyer.com

Attorneys for Plaintiff

Dale F. Kinsella, SBN 63370
Jeremiah T. Reynolds, SBN 223554
David W. Swift, SBN 235033
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
(310) 566-9800
Fax: (310) 566-9850

Attorneys for Defendants and Counter Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION, <br><br> Plaintiff, <br><br> vs. <br><br> DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual, <br><br> Defendants. | Case No.: **CV-08-3875 JCS** <br><br> **STIPULATION TO CONTINUE MEDIATION** <br><br><br> Present Mediation Date: **November 3, 2009** <br> Time: **9:30 AM** <br> Before: **Hon. Mag. Judge Zimmerman** |
| AND RELATED COUNTERCLAIM | |

STIPULATION TO CONTINUE MEDIATION    1

The parties in the above-entitled action are presently scheduled for a mediation before Hon. Magistrate Judge Bernard Zimmerman on November 3, 2009. In view of the Court's having re-scheduled Defendant's pending summary judgment motion hearings to November 6, 2009, the parties respectfully request that the mediation be rescheduled for a date after the hearing and propose any of the following dates: November 18, 19 or 20.

Date: October 22, 2009

RICHARDSON INTELLECTUAL PROPERTY LAW,
Professional Corporation

_____
Daniel R. Richardson, Esq.
Attorneys for Plaintiff

Date: October 22, 2009

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

_____
David W. Swift, Esq.
Attorneys for Defendants

IT IS ORDERED for Date: NOVEMBER 25, 2009   Time: 9:00 A.M.

_____
Hon. Magistrate Judge Zimmerman

STIPULATION TO CONTINUE MEDIATION        2