KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants and Counterplaintiffs,
DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC., a California Corporation, DBA: EXPERVISION,<br><br>Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Defendants.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Counter/Cross-plaintiffs,<br><br>vs.<br><br>EXPEREXCHANGE, INC., a California corporation, DBA: EXPERVISION; and EXPERVISION, INC., a California corporation,<br><br>Counterdefendants. | CASE NO. CV 08 3875 JCS<br><br>**DOCULEX'S REQUEST TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Before:  Hon. Magistrate Judge Spero<br>Trial Date:     January 4, 2010 |

CV 08 3875 JCS
REQUEST TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER

WHEREAS, the Court granted Defendants' and Counter-Claimants' DocuLex, Inc., Carl Strang, Terry Morgan, David Bailey, David Griffith, and Jim Grebey (collectively "DocuLex") motions for summary judgment and dismissed Plaintiff ExperExchange Inc.'s claims in their entirety; and

WHEREAS the Court entered judgment in favor of DocuLex against ExperExchange;

DocuLex hereby requests the Court dismiss its counterclaims without prejudice.

DATED: November 19, 2009          KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: 
David W. Swift
Attorneys for Defendants and Counterplaintiffs, DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

IT IS SO ORDERED

Dated: 11/20/9

