AO 133   (Rev. 11/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern              District of California

EXPEREXCHANGE, INC., a California          )
corporation, DBA: EXPERVISION             )
                    v.                     )     Case No.: CV 08 3875 JCS
DOCULEX, INC., a Florida corporation;     )
CARL STRANG, an individual; TERRY MO      )
                                           )

## Bill of Costs

Judgment having been entered in the above entitled action on ___11/18/09___ against ___Plaintiff, Experexchange, Inc.___,
                                                                      Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . | 1,337.44 |
| Fees for printed or electronically recorded  transcripts necessarily obtained for use in the case . . . . . . . . | 17,739.92 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)*  . . . . . . . . . . . . . . . . . . . . . . . | 2,995.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |

TOTAL  $   22,072.36

SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[X]   Electronic service by e-mail as set forth below and/or.

[ ]   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:  David W. Swift

For:  Defendants _____          Date: November 30, 2009
                    *Name of Claiming Party*

Costs are taxed in the amount of  0.00 _____          and included in the judgment.

_____          By: _____          _____
     *Clerk of Court*                        *Deputy Clerk*                    *Date*

AO-133

AO 133   (Rev. 11/08)   Bill of Costs

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Michael M. Krieger, Ph.d., J.D. | 1.00 | 2,995.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,995.00 |
| 10920 Wilshire Boulevard, Suite 150-9168 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Los Angeles, CA 90024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | TOTAL | 2,995.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924.  Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Costs or Fee Awards:
     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# I N V O I C E

**Send All Mail To:**
**TIME MACHINE NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057

| Messenger Service | Attorney Service |
|---|---|
| Ph. (800) 734-8463 | Ph. (800) 994-5454 |
| Fax (800) 588-7288 | Fax (800) 977-2077 |

www.timemachinenetwork.com

Remit To: **TIME MACHINE NETWOR**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Messenger: (800) 734-8463
Atty. Serv.: (800) 994-5454
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMEN'

ACCOUNT

INV. #

BILLING PER.

TOTAL

KINSELLA WEITZMAN ISER et al
ACCOUNTS PAYABLE
808 WILSHIRE BLVD.  #300
SANTA MONICA, CA. 90401

*Statewide, Nationwide, and Worldwide Service.*

| Party Served / Address | Placed By / Reference | Charges | Amount |
|---|---|---|---|
| 0016490 REBUS TECHNOLOGY, INC.<br>769 SQUIREWOOD WAY<br>CUPERTINO     CA 95014<br>*cancelled* on 08/12/09<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV083875JCS | SAMEDAY SERVICE<br>SERVICE CHARGE<br>FRWD Fee<br><br>** Total ** | 140.00<br>8.40<br>50.00<br><br>198.40 |
| 0016491 PSIGEN SOFTWARE, INC.<br>8 GOODYEAR, SUITE 110<br>IRVINE        CA 92618<br>*served* on  07/30/09  at 15:30<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV083875JCS | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 91.50<br>5.49<br><br>96.99 |
| 0016526 KAZUKI WATANABE<br>531 RANCHO VISTA ROAD<br>VISTA         CA 92083<br>*served* on  08/05/09  at 13:48<br>SUMMONS AND COMPLAINT | Debbie Yanco<br>99908.01 (UPP)<br>UTAH PRIME PROPERTIEKAZUKI<br>case #: SC 104123 | RUSH/NEXTDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 167.25<br>10.03<br><br>177.28 |
| 0016527 GEORGE WATANABE<br>531 RANCHO VISTA ROAD<br>VISTA         CA 92083<br>*served* on  08/05/09  at 13:48<br>SUMMONS AND COMPLAINT | Debbie Yanco<br>99908.01 (UPP)<br>UTAH PRIME PROPERTIEKAZUKI<br>case #: SC 104123 | RELATED ENTITY<br><br><br>** Total ** | 30.00<br><br><br>30.00 |
| 0016538 ACT LITIGATION SERVICES<br>27200 TOURNEY RD,#450<br>VALENCIA      CA 91355<br>*served* on  07/31/09  at 16:20<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV083875JCS | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 147.75<br>8.86<br><br>156.61 |
| 0016633 ARTHUR J. GALLAGHER & CO. - Agent: CSC L<br>2730 GATEWAY OAKS DR,#100<br>SACRAMENTO    CA 95833<br>*served* on  08/06/09  at 14:00<br>DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | Barbara Dipalma<br>48493-19<br>SAN FRANCISCO COMMUNKEENA &<br>case #: RG 0418 3334 | SAMEDAY SERVICE<br>SERVICE CHARGE<br>FRWD Fee<br>FEES ADVANCED<br>** Total ** | 140.00<br>8.40<br>50.00<br>15.00<br>213.40 |

Time Machine, Inc.                          KINWE                 09/04/2009

8732        71579              08/15/2009            3029.88

Account KINWE; Invoice# 71519; billing period 08/01/09 - 08/15/09

CHECK AMOUNT          $3,029.88

---

# KINSELLA WEITZMAN ISER KUMP ALDISERT LLP

10214

Time Machine, Inc.                          KINWE                 09/04/2009

8732        71579              08/15/2009            3029.88

Account KINWE; Invoice# 71519; billing period 08/01/09 - 08/15/09

CHECK AMOUNT          $3,029.88

---

# KINSELLA WEITZMAN ISER KUMP ALDISERT LLP

10214

**GENERAL ACCOUNT**
808 WILSHIRE BLVD., THIRD FLOOR
SANTA MONICA, CA  90401
(310) 566-9800

**FIRST REPUBLIC BANK**
LOS ANGELES, CA  90067-1733
94-8166-3210

09/04/2009                    $3,029.88

DATE                          AMOUNT

Three thousand twenty-nine and eighty-eight/100***********************

PAY
TO THE
ORDER
OF

Time Machine, Inc.
P. O. Box 861057
Los Angeles, CA  90086-1057

_____
AUTHORIZED SIGNATURE

⑈'010214'⑈  ⑊321081669⑊  99700063755⑈'



# INVOICE

**Send All Mail To:**
**TIME MACHINE NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057

| Messenger Service | Attorney Service |
|---|---|
| Ph. (800) 734-8463 | Ph. (800) 994-5454 |
| Fax (800) 588-7288 | Fax (800) 977-2077 |

www.timemachinenetwork.com

**Remit To:** TIME MACHINE NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057
Messenger: (800) 734-8463
Atty. Serv.: (800) 994-5454
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

ACCOUNT        KINWE

INV. #            71837

BILLING PER. 08/16/09 - 08/31/09

TOTAL        4,745.53

KINSELLA WEITZMAN ISER et al
ACCOUNTS PAYABLE
808 WILSHIRE BLVD. #300
SANTA MONICA, CA. 90401

*Statewide, Nationwide, and Worldwide Service.*

| Q.C.# | Party Served / Address | Placed By/Reference | Charges | Amount |
|---|---|---|---|---|
| 0015630 | JAMES J. COMPASS<br>15451 ALSACE CIRCLE<br>IRVINE          CA 92604<br>*cancelled on 09/02/09*<br>ORDER TO APPEAR FOR EXAMINAION | Barbara Dipalma<br>KWIK&A/COMPASS<br>KINSELLA WEITZMAN ISJAMES J<br>case #: BS 118709<br>80000-4 | SAMEDAY SERVICE<br>SERVICE CHARGE<br>ADDTL 3 ATTEMPTS<br>ADDTL 3 ATTEMPTS<br>STAKEOUT<br>** Total ** | 87.00<br>5.22<br>69.60<br>60.90<br>630.00<br>852.72 |
| 0016043 | ENRICO BALCOS, M.D.<br>4619 ROSEMEAD BLVD.<br>ROSEMEAD        CA 91770<br>*cancelled on 09/02/09*<br>DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | Barbara Dipalma<br>80000-08<br>KINSELLA WEITZMAN    CONSTAN<br>case #: 1210027204 | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 96.00<br>5.76<br><br>101.76 |
| 0016488 | TIS AMERICA, INC.<br>591 N. AVE, 3 LAKESIDE OFFICE PARK<br>WAKEFIELD       MA 01880<br>*cancelled on 09/02/09*<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV083875JCS | RUSH/NEXTDAY SERVICE<br>FRWD Fee<br><br>** Total ** | 135.00<br>65.00<br><br>200.00 |
| 0016489 | ATALASOFT, INC.<br>11 PLEASANT ST.,#321<br>EASTHAMPTON     MA 01027<br>*served on 07/30/09 at 11:45*<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV083875JCS | SAMEDAY SERVICE<br>FRWD Fee<br><br>** Total ** | 170.00<br>65.00<br><br>235.00 |
| 0016539 | RICOH AMERICAS CORPORATION<br>5 DEDRICK PLACE<br>WEST CALDWELL   NJ 07006<br>*served on 08/03/09 at 14:20*<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV083875JCS | SAMEDAY SERVICE<br>FRWD Fee<br><br>** Total ** | 170.00<br>65.00<br><br>235.00 |
| 0016741 | ALLIED NORTH AMERICA INSURANCE BROKERAGE<br>39300 CIVIL CENTER DR., SUITE 390<br>FREMONT         CA 94538<br>*cancelled on 08/24/09*<br>DEPO SUP FOR PERSONAL APPEAR & PRODUCTION OF DOCS AND THINGS | Candace Hoffman<br>88751-24 (RYN)<br>USI HOLDINGS CORPORAGORAN R<br>case #: CGC08 482818 | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 165.50<br>9.93<br><br>175.43 |

INVOICE SUB TOTAL :    4,291.06

**KINSELLA WEITZMAN ISER KUMP**

10262

Time Machine, Inc.                              KINWE                    09/18/2009

8865        71837                08/31/2009              4745.53

Account# KINWE; Invoice# 71837; billing period 08/16/09 - 08/31/09

CHECK AMOUNT          $4,745.53

**KINSELLA WEITZMAN ISER KUMP**

10262

Time Machine, Inc.                              KINWE                    09/18/2009

8865        71837                08/31/2009              4745.53

Account# KINWE; Invoice# 71837; billing period 08/16/09 - 08/31/09

CHECK AMOUNT          $4,745.53

PRODUCT DLB100      USE WITH 91500 ENVELOPE                                        PRINTED IN U.S.A.                    A

**KINSELLA WEITZMAN ISER KUMP**
808 WILSHIRE BLVD
SANTA MONICA, CALIFORNIA 90401-1894
(310) 566-9812    FAX (310) 566-9862



FIRST REPUBLIC BANK
1888 CENTURY PARK E.
LOS ANGELES, CA 90067-1733
TEL (877) 743-7777
www.firstrepublic.com

94-8166-3210

10262

Security features. Details on back.

09/18/2009                    $4,745.53
DATE                          AMOUNT

Four thousand seven hundred forty-five and fifty-three/100*******************

PAY
TO THE
ORDER
OF:

Time Machine, Inc.
P. O. Box 861057
Los Angeles, CA  90086-1057

AUTHORIZED SIGNATURE

⑈010262⑈ ⑊321081669⑊ 9970006 3755⑈



# INVOICE

**Send All Mail To:**
**TIME MACHINE NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057

| Messenger Service | Attorney Service |
|---|---|
| Ph. (800) 734-8463 | Ph. (800) 994-5454 |
| Fax (800) 588-7288 | Fax (800) 977-2077 |

www.timemachinenetwork.com

Remit To: **TIME MACHINE NETWOR**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Messenger: (800) 734-8463
Atty. Serv.: (800) 994-5454
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMEN

KINSELLA WEITZMAN ISER et al
ACCOUNTS PAYABLE
808 WILSHIRE BLVD.  #300
SANTA MONICA, CA. 90401

| ACCOUNT | KINWE |
|---|---|
| INV. # | 73450 |
| BILLING PER. | 10/16/09 - 10/31/09 |
| TOTAL | 4,566.02 |

## *Statewide, Nationwide, and Worldwide Service.*

| Q.C.# | Party Served / Address | Placed By/Reference | Charges | Amount |
|---|---|---|---|---|
| 0016849 | MICHAEL M. KRIEGER,Ph.D., J.D.<br>10920 WILSHIRE BL,#150-9168<br>LOS ANGELES      CA 90024<br>*cancelled on 08/21/09*<br>SUBPOENA IN CIVIL CASE - FEDERAL | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC. DOCULEX<br>case #: CV08 3875JCS | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 100.50<br>6.03<br><br>**106.53** |
| 0016892 | MICHAEL M. KRIEGER, Ph.D., J.D.  (UCLA C<br>3803D BOLTER HALL  DEPT. #4532M<br>LOS ANGELES      CA 90095<br>*cancelled on 11/03/09* | Lynn Rutherford<br>10325.02<br>EXPEREXCHANGE, INC  DOCULEX<br>case #: CV08-3875JCS | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 102.75<br>6.16<br><br>**108.91** |
| 0017520 | GLENN R. IRANI, M.D. AND KRISTINE KERN I<br>18321 CLARK ST.<br>TARZANA      CA 91356<br>*served on  09/28/09  at 15:40*<br>DEPOSITION SUBPOENA | Barbara Dipalma<br>76141-03<br>MELINDA BIRKE      OAKWOOD<br>case #: LC 075 094 | SAMEDAY SERVICE<br>SERVICE CHARGE<br><br>** Total ** | 120.75<br>7.24<br><br>**127.99** |
| 0017658 | JAYCEON TERRELL TAYLOR (rapper: The Game<br>1547 HILLCREST RD<br>GLENDALE      CA 91202<br>*served on  10/06/09  at 09:37*<br>SUMMONS AND COMPLAINT | Barbara Dipalma<br>80000-09<br>KINSELLA WEITZMAN    JAYCEON<br>case #: SC 105 078 | SAMEDAY SERVICE<br>SERVICE CHARGE<br>COPIES<br><br>** Total ** | 91.50<br>5.49<br>12.00<br><br>**108.99** |
| 0017782 | STEPHEN KIRSCH<br>20 VENUS RD.<br>SYOSSET      NY 11791<br>*served on  10/13/09  at 18:20*<br>SUBPOENA IN CIVIL CASE - FEDERAL | Candace Hoffman<br>10344-2<br>DAVID MANDEL      STATE S<br>case #: 09CV01797SJO | SAMEDAY SERVICE<br>FRWD Fee<br>FEES ADVANCED<br><br>** Total ** | 170.00<br>65.00<br>73.00<br><br>**308.00** |
| 0017783 | GWENDOLYN SPRINGLE<br>139-24 LAKEWOOD AVE.<br>JAMAICA      NY 11435<br>*served on  10/13/09  at 16:55*<br>SUBPOENA IN CIVIL CASE - FEDERAL | Candace Hoffman<br>10344-2<br>DAVID MANDEL      STATE S<br>case #: 09CV01797SJO | SAMEDAY SERVICE<br>FEES ADVANCED<br><br>** Total ** | 170.00<br>56.00<br><br>**226.00** |

page : 10

INVOICE SUB TOTAL:    3,356.48

| CUST. CODE | INVOICE # | BILLING PERIOD | INVOICE TOTAL |
|---|---|---|---|
| KINWE | 73450 | 10/16/09 thru 10/31/09 | 4,566.02 |

**TIME MACHINE NETWORK, INC.   TAX ID.# 75-3004336**

**KINSELLA WEITZMAN ISER KUMP**

10557

Time Machine, Inc.                        KINWE                11/24/2009

9321      73450              10/31/2009              4566.02

Account# KINWE; Invoice# 73450; billing period: 10/16/09 - 10/31/09

CHECK AMOUNT          $4,566.02

---

**KINSELLA WEITZMAN ISER KUMP**

10557

Time Machine, Inc.                        KINWE                11/24/2009

9321      73450              10/31/2009              4566.02

Account# KINWE; Invoice# 73450; billing period: 10/16/09 - 10/31/09

CHECK AMOUNT          $4,566.02

---

PRODUCT DLB100      USE WITH 91500 ENVELOPE                              PRINTED IN U.S.A.                    A

**KINSELLA WEITZMAN ISER KUMP**
808 WILSHIRE BLVD
SANTA MONICA, CALIFORNIA 90401-1894
(310) 566-9812    FAX (310) 566-9862


FIRST REPUBLIC BANK
1888 CENTURY PARK E.
LOS ANGELES, CA 90067-1733
TEL (877) 743-7777
www.firstrepublic.com

94-8166-3210

10557

Security features. Details on back.

11/24/2009          $4,566.02
DATE                AMOUNT

Four thousand five hundred sixty-six and two/100************************

PAY
TO THE
ORDER
OF:

Time Machine, Inc.

P. O. Box 861057
Los Angeles, CA  90086-1057

AUTHORIZED SIGNATURE

⑈010557⑈  ⑆321081669⑆  997000637550⑈

**David W. Swift**

| | |
|---|---|
| **From:** | Daniel Richardson [danr@apatentlawyer.com] |
| **Sent:** | Wednesday, September 16, 2009 3:34 PM |
| **To:** | David W. Swift |
| **Cc:** | 'Michael M. Krieger' |
| **Subject:** | FW: Invoice for deposition |

David –

Here is the invoice for Michael Krieger's discovery and deposition.

Dan

---

**From:** Michael M. Krieger [mailto:mkrieger239@earthlink.net]
**Sent:** Monday, September 14, 2009 4:08 AM
**To:** danr@apatentlawyer.com
**Cc:** Michael Krieger
**Subject:** Invoice for deposition

```
Kinsella Weitzman Iser Kump & Aldisert LLP
Attn: David Swift, Esq.
808 Wilshire Blvd., 3rd Floor.
Santa Monica CA  90401

Via Daniel Richardson, Esq. (email)

        Re: Deposition in Expervision v. Doculex

Dear Mr. Swift:

Below please find an invoice for fees for my
deposition at your offices on September 9, 2009.
Per the retainer agreement between Cosgrove
Computer Systems and ExperVision, the hourly
rate for testimony is $350 per hour and $300
for other activity (a copy of that agreement
was included in the document production).

Should you have any questions, please feel free
to call me at 310-428-5208.

Thanks for your courtesy and cooperation.

Yours very truly,


Michael M. Krieger, Ph.D., J.D.
```

11/25/2009

```
--------------------------------------------------------
```

_____ 000 _____

MATTER: ExperVision v. Doculex

Fees/Time:
09/09
    Deposition/Testimony (net of breaks)  7.70 hr.
    Document production            . . . 1.00 "


    Testimony: 7.7 hr @ $350.00/hr  . . . . .$2695.00
    Document Production: 1.00 @ $300.00 . . .  300.00

TOTAL - Due upon presentment        . . . . $ 2995.00

PAYMENT:
        Wire                   Check

   Michael Krieger, Esq.    Michael M. Krieger, Esq.
   City Nation Bank         10920 Wilshire Bl., Ste.150-9168
   Routing no. 1220-16066   Los Angeles  CA  90024
   Account no. 009-399-496


**E-mail message checked by Spyware Doctor (6.1.0.447)**
**Database version: 6.13250**
**http://www.pctools.com/spyware-doctor-antivirus/**

11/25/2009

MATTER: ExperVision v. Doculex

Fees/Time:
09/09
    Deposition/Testimony (net of breaks)  7.70 hr.
    Document production           . . . 1.00 "


    Testimony: 7.7 hr @ $350.00/hr  . . . . .$2695.00
    Document Production: 1.00 @ $300.00 . . .  300.00

TOTAL - Due upon presentment       . . . . $ 2995.00

PAYMENT:
       Wire                    Check

    Michael Krieger, Esq.    Michael M. Krieger, Esq.
    City Nation Bank         10920 Wilshire Bl., Ste.150-9168
    Routing no. 1220-16066   Los Angeles  CA  90024
    Account no. 009-399-496

E-mail message checked by Spyware Doctor (6.1.0.447)
Database version: 6.13250
http://www.pctools.com/spyware-doctor-antivirus/

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender and delete all copies of this email message along with all attachments. Thank you.

MATTER: ExperVision v. Doculex

Fees/Time:
09/09
    Deposition/Testimony (net of breaks)  7.70 hr.
    Document production          . . . 1.00 "


    Testimony: 7.7 hr @ $350.00/hr  . . . .$2695.00
    Document Production: 1.00 @ $300.00 . . .  300.00

TOTAL - Due upon presentment      . . . . $ 2995.00

PAYMENT:
      Wire                    Check

  Michael Krieger, Esq.    Michael M. Krieger, Esq.
  City Nation Bank         10920 Wilshire Bl., Ste.150-9168
  Routing no. 1220-16066   Los Angeles  CA  90024
  Account no. 009-399-496


**E-mail message checked by Spyware Doctor (6.1.0.447)**
**Database version: 6.13250**
http://www.pctools.com/spyware-doctor-antivirus/

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender and delete all copies of this email message along with all attachments. Thank you.

PAID
May 8, 2009
Carol Terranova
Litiland Reprographics, Inc.dba
KEYSTONE Document Discovery
10350 Santa Monica Blvd.
Suite 200
Los Angeles, CA 90025
Tel: 310.553.5597  Fax: 310.553.5501

**Keystone**
Document Discovery
KEYSTONEDD.COM

# INVOICE

| DATE | INV NO. |
|------|---------|
| 4/11/2009 | 13992 |

BILL TO:
KINSELLA WEITZMAN ISER KUMP & ALDISERT
808 Wilshire Blvd.
3rd Floor
Santa Monica, CA 90401

24/7
LITIGATION
DOCUMENT
MANAGEMENT
SINCE 1993

| SHIP TO: | |
|----------|--|
| ORDERED BY: | Jon Noyes |
| FILE # / REF: | 10325.02 |
| ATTORNEY: | |

| JOB NO. | DUE DATE | TERMS | REF | SHIP DATE | SHIP VIA |
|---------|----------|-------|-----|-----------|----------|
| KEY 16715+16 | 5/11/2009 | Net 30 | MA | 4/6/2009 | Hand Deliver |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| Heavy Litigation | Litigation Copying - Heavy Grade | 147 | 0.13 | 19.11T |
| Converting | Tiff Conversion | 11,989 | 0.05 | 599.45T |
| Endorsement | Endorsement | 7,309 | 0.05 | 365.45T |
| PDF | PDF Conversion | 9,186 | 0.05 | 459.30T |
| OCR | Optical Character Recognition | 11,989 | 0.05 | 599.45T |
| Set-Up | Data Base - Set up Charge | 1 | 300.00 | 300.00T |
| CD | Creating Master CD | 22 | 25.00 | 550.00T |
|  | Sales Tax | | 9.25% | 267.58 |

**OK to Pay**
**May 6, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**$3,160.34**

**OK to Pay**
**May 8, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**37mce $3,160.34**

Please be advised that it is the responsibility of the ordering party (in the SHIP TO section) to obtain and submit the appropriate authorizations from attorneys, other firm locations, third-party firms and/or other departments for immediate payment of this invoice. Thank you for your cooperation.
This invoice was mailed on:
This invoice was e-mailed on:
This invoice was hand delivered on:

| TOTAL | $3,160.34 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $3,160.34 |

We Accept Visa, Master, Discover & American Express Cards.

PLEASE AUTHORIZE AND SUBMIT THIS INVOICE TO ACCOUNTS PAYABLE UPON RECEIPT OF THIS INVOICE. NO ADDITIONAL STATEMENTS WILL BE SENT.
NAME, SIGNATURE & DATE:
(Faxed, e-mailed or mailed invoices do not require a signature)
Upon completion of your job, we will promptly deliver our invoices by our CSRs, via fax, e-mail or mail. Any discrepancies must be received in writing within two business days upon receipt of this invoice regardless of delivery method, otherwise our work will be deemed complete and you agree to the terms below:
1. The work described above has been authorized, received and verified correct
2. The amount of this invoice is correct
3. Client assures payment of this invoice within our terms regardless of client's receivables
4. In the event KEYSTONE needs to recover payment of past due invoices, client agrees to pay all court and attorney fees incurred for the collection of any past due invoices
5. Past due invoices are subject to maximum interest allowable by law

Litiland Reprographics, Inc.dba
KEYSTONE Document Discovery
10350 Santa Monica Blvd.
Suite 200
Los Angeles, CA 90025
Tel: 310.553.5597 Fax: 310.553.5501



KEYSTONEDD.COM

# INVOICE

| DATE | INV NO. |
|------|---------|
| 6/20/2009 | 14621 |

**TIN 954757933 am**

BILL TO:
KINSELLA WEITZMAN ISER KUMP & ALDISERT
808 Wilshire Blvd.
3rd Floor
Santa Monica, CA 90401

PAID
July 8, 2009
Adam Medansky
1420155539
CSRNO.

| 24/7 | SHIP TO: | |
|------|----------|---|
| LITIGATION DOCUMENT MANAGEMENT SINCE 1993 | ORDERED BY: | Jon Noyes |
| | FILE # / REF: | 10325.00002 |
| | ATTORNEY: | Doculox |

| | DUE DATE | TERMS | REP | SHIP DATE | SHIP VIA |
|---|----------|-------|-----|-----------|----------|
| KEY 17543 | 7/20/2009 | Net 30 | MA | 6/19/2009 | Hand Deliver |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| Scanning | Litigation Document Scanning | 62 | 0.10 | 6.20T |
| OCR | Optical Character Recognition | 62 | 0.04 | 2.48T |
| CD | Creating Master CD | 63 | 25.00 | 1,575.00T |
| | Sales Tax | | 9.25% | 146.49 |

**OK to Pay**
**July 1, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**37mce - $1,730.17**

Krista Aguilera
6/30/09



| | |
|---|---|
| **TOTAL** | **$1,730.17** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,730.17** |

We Accept Visa, Master, Discover &
American Express Cards.

Please be advised that it is the responsibility of the ordering party (in the SHIP TO section) to obtain and submit the appropriate authorizations from attorneys, other firm locations, third-party firms and/or other departments for immediate payment of this invoice. Thank you for your cooperation.
This invoice was mailed on:
This invoice was e-mailed on:
This invoice was hand delivered on:
NAME:                                    DATE:
SIGNATURE:
(Faxed, e-mailed or mailed invoices do not require a signature)

Upon completion of your job, we will promptly deliver our invoices by our CSRs, via fax, e-mail or mail. Any discrepancies must be received in writing within two business days upon receipt of this invoice regardless of delivery method, otherwise our work will be deemed complete and you agree to the terms below:

*1. Client is responsible for payment of this invoice within our terms, regardless of client's receipt of payment;*

2. Your loss of clients, case and/or renumeration does not relieve your obligation to pay all sums due to KEYSTONE;
3. The work described above has been authorized, received, and verified correct, and the invoice amount has been verified correct;
4. In the event KEYSTONE needs to recover payment of past due invoices, client agrees to pay all court and attorney fees incurred for the collection of any past due invoices;
5. Past due invoices are subject to the maximum interest allowable by law.

Litiland Reprographics, Inc.dba
KEYSTONE Document Discovery
10350 Santa Monica Blvd.
Suite 200
Los Angeles, CA 90025
Tel: 310.553.5597  Fax: 310.553.5501



# INVOICE

| DATE | INV NO. |
|------|---------|
| 7/13/2009 | 14802 |

KEYSTONEDD.COM

**24/7**

**LITIGATION DOCUMENT MANAGEMENT SINCE 1993**

BILL TO:
KINSELLA WEITZMAN ISER KUMP & ALDISERT
808 Wilshire Blvd.
3rd Floor
Santa Monica, CA 90401

| SHIP TO: | |
|----------|--|
| ORDERED BY: | Jon Noyes |
| FILE # / REF: | 10325.00002   GC 1232 |
| ATTORNEY: | Dooley |

| JOB NO. | DUE DATE | TERMS | REP | SHIP DATE | SHIP VIA |
|---------|----------|-------|-----|-----------|----------|
| KEY 17707 | 8/12/2009 | Net 30 | MA | 7/6/2009 | Hand Deliver |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| Scanning | Litigation Document Scanning | 40 | 0.10 | 4.00T |
| CD | Creating Master CD | 2 | 25.00 | 50.00T |
| OCR | Optical Character Recognition | 4,776 | 0.04 | 191.04T |
| | Tiff Conversion | 4,776 | 0.00 | 0.00T |
| Converting | Double Endorsement | 4,776 | 0.08 | 382.08T |
| Endorsement | Sales Tax | | 9.75% | 61.14 |

Martin Aguirre
7/15/09

7-22-09

Please be advised that it is the responsibility of the ordering party (in the
SHIP TO section) to obtain and submit the appropriate authorizations from
attorneys, other firm locations, third-party firms and/or other departments
for immediate payment of this invoice. Thank you for your cooperation.
This invoice was mailed on:
This invoice was e-mailed on:
This invoice was hand delivered on:
NAME:                                    DATE:
SIGNATURE:
(Faxed, e-mailed or mailed invoices do not require a signature)

| TOTAL | $688.26 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $688.26 |

We Accept Visa, Master, Discover &
American Express Cards.

Upon completion of your job, we will promptly deliver our invoices by our CSRs, via fax, e-mail or mail. Any
discrepancies must be received in writing within two business days upon receipt of this invoice regardless of
delivery method, otherwise our work will be deemed complete and you agree to the terms below:

*1. Client is responsible for payment of this invoice within our terms, regardless of client's
receipt of payment;*

2.  Your loss of clients, case and/or renumeration does not relieve your obligation to pay all sums due to
KEYSTONE;
3.  The work described above has been authorized, received, and verified correct, and the invoice amount has
been verified correct;
4.  In the event KEYSTONE needs to recover payment of past due invoices, client agrees to pay all court and
attorney fees incurred for the collection of any past due invoices;
5.  Past due invoices are subject to the maximum interest allowable by law.



**TSG**
REPORTING
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/14/2009
**INVOICE #** 041509-66562

**REVISED 6/5/2009**

**Bill To:**     Jeremiah T. Reynolds Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

**CASE:** Experexchange v. Doculex
**DEPOSITION:** Wang, Qingren
**DATE:** 4/15/2009
**CITY:** San Francisco
**STATE:** California

**Comments or Special Instructions:**     Original transcript sent to Daniel Richardson via FedEx Overnight on 4/27/09.

OK to Pay
August 7, 2009
Claim =5840029322
Clmt: Experexchange, Inc.
Patricia Horton
~~37mee~~ ~~$2,431.00~~

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Suzanne Andrade | Brian Monroe | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 304 | $4.95 | $1,504.80 |
| Original Transcript - Evening Pages | 50 | $2.00 | $100.00 |
| Original Transcript - Evening Pages - Discount | 50 | -$2.00 | -$100.00 |
| Rough ASCII | 304 | $1.50 | $456.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $100.00 | $100.00 |
| Reporter Appearance Fee / Evening Session - Videotaped - Discount | 1 | -$30.00 | -$30.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 534 | $0.30 | $160.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,376.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,431.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/14/2009
**INVOICE #** 041509-86563

**REVISED 6/5/2009**

**Bill To:** Jeremiah T. Reynolds Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

| | |
|---|---|
| **CASE:** | Experexchange v. Doculex |
| **DEPOSITION:** | Wang, Qingren |
| **DATE:** | 4/15/2009 |
| **CITY:** | San Francisco |
| **STATE:** | California |

**OK to Pay**
**August 7, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**37mce = $1,190.00**

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Suzanne Andrade | Brian Monroe | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Each Additional Hour | 6 | $110.00 | $660.00 |
| Videographer - Each Additional Hour - Evening Rate | 1.5 | $165.00 | $247.50 |
| Videographer - Each Additional Hour - Evening Rate - Discount | 1.5 | -$55.00 | -$82.50 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,150.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,190.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/13/2009
**INVOICE #** 062309-68554

**Bill To:** David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

**CASE:** Experexchange v. Doculex
**DEPOSITION:** Sarmento, Troy
**DATE:** 6/23/2009
**CITY:** San Francisco
**STATE:** California

**OK to Pay**
**August 7, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**37mce - 1905.40**

**Comments or Special Instructions:** Transcript ASCII emailed on 7/6/2009.
Original transcript sent to Daniel Richardson via FedEx on 7/7/2009.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christine Jordan | Brian Monroe | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 260 | $4.95 | $1,287.00 |
| Rough ASCII | 260 | $1.50 | $390.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 53 | $0.30 | $15.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,877.90 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $1,905.40 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/13/2009
**INVOICE #** 062309-68655

**Bill To:** David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

| | |
|---|---|
| **CASE:** | Experexchange v. Doculex |
| **DEPOSITION:** | Sarmento, Troy |
| **DATE:** | 6/23/2009 |
| **CITY:** | San Francisco |
| **STATE:** | California |



**OK to Pay**
**August 7, 2009**
Claim =5840029322
Clmt: Experexchange,
Inc.
Patricia Horton
37mce - $1,067.50

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christine Jordan | Brian Monroe | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Each Additional Hour | 6.5 | $110.00 | $715.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,040.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $1,067.50 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSGr**
REPORTING
24 | 7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/23/2009
**INVOICE #** ~~072003-508741~~

**Bill To:** David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

**CASE:** Experexchange v. Doculex
**DEPOSITION:** Griffith, David
**DATE:** 7/20/2009
**CITY:** Winter Haven
**STATE:** Florida

**OK to Pay**
**November 23, 2009**
Claim =5840029322
Clmt: Experexchange, Inc.
Patricia Horton
37MCE

Comments or Special Instructions:

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|------------------|------------|--------|
| Certified Transcript | 107 | $3.25 | $347.75 |
| Rough ASCII | 107 | $1.50 | $160.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 151 | $0.50 | $75.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $628.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | ~~$683.75~~ |

Please make all checks payable to: **TSG Reporting, Inc.** Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

24 | 7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/23/2009
**INVOICE #** 072009-56871

**Bill To:**   David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA  90401

**CASE:**          Experexchange v. Doculex
**DEPOSITION:**    Griffith, David
**DATE:**          7/20/2009
**CITY:**          Winter Haven
**STATE:**         Florida

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 107 | $3.25 | $347.75 |
| Rough ASCII | 107 | $1.50 | $160.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 151 | $0.50 | $75.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $628.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $683.75 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/23/2009
INVOICE #

**Bill To:**
David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

**OK to Pay**
**November 23, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**37mce**

| | |
|---|---|
| CASE: | Experexchange v. Doculex |
| DEPOSITION: | Strang, Carl |
| DATE: | 7/21/2009 |
| CITY: | Winter Haven |
| STATE: | Florida |

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 47 | $3.25 | $152.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 37 | $0.50 | $18.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $216.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID #41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

24 | 7 Worldwide Client Service

# INVOICE

**DATE:** 9/23/2009
**INVOICE #** 072109-56873

**Bill To:**  David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA  90401

**CASE:** Experexchange v. Doculex
**DEPOSITION:** Strang, Carl
**DATE:** 7/21/2009
**CITY:** Winter Haven
**STATE:** Florida

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 47 | $3.25 | $152.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 37 | $0.50 | $18.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $216.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $271.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/23/2009
INVOICE # 092209-568J5

**Bill To:**   David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

**OK to Pay**
**November 23, 2009**
**Claim =5840029322**
**Clmt: Experexchange, Inc.**
**Patricia Horton**
**37mce**

| | |
|---|---|
| **CASE:** | Experexchange v. Docutex |
| **DEPOSITION:** | Grebey, James / Morgan, Terry |
| **DATE:** | 7/22/2009 |
| **CITY:** | Winter Haven |
| **STATE:** | Florida |

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 102 | $3.25 | $331.50 |
| Compressed / ASCII / Word Index | 2 | $45.00 | $90.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 208 | $0.50 | $104.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $525.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $580.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



REPORTING
24 | 7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/23/2009
**INVOICE #** 072209-56875

**Bill To:**   David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA  90401

**CASE:**   Experexchange v. Doculex
**DEPOSITION:**   Grebey, James / Morgan, Terry
**DATE:**   7/22/2009
**CITY:**   Winter Haven
**STATE:**   Florida

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 102 | $3.25 | $331.50 |
| Compressed / ASCII / Word Index | 2 | $45.00 | $90.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 208 | $0.50 | $104.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $525.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $580.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING
24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/23/2009
INVOICE #: 072309-558779

**Bill To:**   David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA 90401

**OK to Pay
November 23, 2009
Claim =5840029322
Clmt: Experexchange, Inc.
Patricia Horton
37mce**

| | |
|---|---|
| **CASE:** | Experexchange v. Doculex |
| **DEPOSITION:** | Bailey, David |
| **DATE:** | 7/23/2009 |
| **CITY:** | Winter Haven |
| **STATE:** | Florida |

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 113 | $3.25 | $367.25 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 108 | $0.50 | $54.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $466.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $521.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID #: 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING
24 | 7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/23/2009
**INVOICE #** 072309-56877

**Bill To:**   David Swift Esq.
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd
3rd Floor
Santa Monica, CA  90401

| | |
|---|---|
| **CASE:** | Experexchange v. Doculex |
| **DEPOSITION:** | Bailey, David |
| **DATE:** | 7/23/2009 |
| **CITY:** | Winter Haven |
| **STATE:** | Florida |

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Loretta Lee | | FedEx Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 113 | $3.25 | $367.25 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 108 | $0.50 | $54.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $466.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $521.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205      Phone: (818) 593-2300
Woodland Hills, CA 91364                Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17122352 | 09/24/2009 | 1701-288551 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/09/2009 | NELSSU | |
| CASE CAPTION | | |
| ExperExchange vs. Doculex | *10325.02* | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Dale Kinsella
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard
3rd Floor
Santa Monica, CA 90401

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Michael M. Krieger          340 Pages @      5.35/Page      1,819.00
        Exhibit Copy Scan    45.00      @      .60           27.00
        Color Copies          2.00 Pages @    1.00/Page       2.00
        After Hours Rate      1.50 Hours @   40.00/Hour      60.00
        TotalTranscript                                       n/c
        Production and Code Comp                             25.00
        Process/Delivery                                     15.00
        Video per Page      340.00 Pages @     .00/Page       n/c

                            TOTAL   DUE   >>>>            1,948.00
```

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.

ENTERED
9-30-09

TAX ID NO. : 20-2665382                                    (310) 566-9800   Fax (310) 566-9850

*Please detach bottom portion and return with payment.*

Dale Kinsella
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard
3rd Floor
Santa Monica, CA 90401

```
Invoice No.:  17122352
Date      :  09/24/2009
TOTAL DUE :  1,948.00


Job No.   :  1701-288551
Case No.  :
ExperExchange vs. Doculex
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

20750 Ventura Boulevard, Suite 205
Woodland Hills, CA 91364

Phone: (818) 593-2300
Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17122553 | 09/29/2009 | 1702-288552 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/09/2009 | SMITST | |

| CASE CAPTION | | |
|---|---|---|
| ExperExchange vs. Doculex | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Dale Kinsella
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard
3rd Floor
Santa Monica, CA 90401

*GL 1232*

*10325.02*

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Michael Krieger - VIDEO
        Set-up & First Hour                                      225.00
        Additional Deposition Hr    6.00 Hours @     85.00/Hour  510.00
        After Hours Rate            2.00 Hours @    127.50/Hour  255.00
        Tape Original DV            4.00 Tapes @     35.00/Tape  140.00
        Legalink Viewer             7.00 Hours @     57.50/Hour  402.50
        Shipping & Handling                                       30.00

                              TOTAL DUE  >>>>          1,562.50

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

*10-09-09*

**TAX ID NO. :** 20-2665382                    (310) 566-9800    Fax (310) 566-9850

---

*Please detach bottom portion and return with payment.*

Dale Kinsella
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard
3rd Floor
Santa Monica, CA 90401

```
Invoice No.:  17122553
Date       :  09/29/2009
TOTAL DUE  :   1,562.50


Job No.    :  1702-288552
Case No.   :
ExperExchange vs. Doculex
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

**KINSELLA WEITZMAN ISER KUMP**                                    10374

Legalink, Inc.                                                    10/19/2009

8994        17122553            09/29/2009            1562.50

Invoice# 17122553; Job# 1702-288552; ExperExchange vs. Doculex

                                    CHECK AMOUNT        $6,961.90

---

**KINSELLA WEITZMAN ISER KUMP**                                    10374

Legalink, Inc.                                                    10/19/2009

8994        17122553            09/29/2009            1562.50

Invoice# 17122553; Job# 1702-288552; ExperExchange vs. Doculex

                                    CHECK AMOUNT        $6,961.90

PRODUCT DLB100        USE WITH 91500 ENVELOPE                PRINTED IN U.S.A.                A

---

**KINSELLA WEITZMAN ISER KUMP**
808 WILSHIRE BLVD
SANTA MONICA, CALIFORNIA 90401-1894
(310) 566-9812    FAX (310) 566-9862


**FIRST REPUBLIC BANK**
1888 CENTURY PARK E.
LOS ANGELES, CA 90067-1733
TEL (877) 743-7777
www.firstrepublic.com

94-8166-3210

                                                        10374

10/19/2009                                $6,961.90
DATE                                        AMOUNT

Six thousand nine hundred sixty-one and ninety/100***********************

PAY
TO THE
ORDER
OF:

Legalink, Inc.
20750 Ventura Blvd.
Suite 205
Woodland Hills, CA  91364

                                        AUTHORIZED SIGNATURE

⑆010374⑆ ⑈321081669⑈ 997000637551⑈

**KINSELLA WEITZMAN ISER KUMP**                                    10373

Legalink, Inc.                                                10/19/2009

| 8938 | 17122352 | 09/24/2009 | 1948.00 |
| Invoice #: 17122352 | | | |
| 8939 | 17122301 | 09/24/2009 | 1276.00 |
| Invoice #: 17122301 | | | |
| 8945 | 17122181 | 09/24/2009 | 1295.40 |
| Invoice #: 17122181 | | | |
| 8946 | 17122398 | 09/25/2009 | 880.00 |
| Invoice #: 17122398 | | | |

CHECK AMOUNT        $0.00

NOT NEGOTIABLE

**KINSELLA WEITZMAN ISER KUMP**                                    10373

Legalink, Inc.                                                10/19/2009

| 8938 | 17122352 | 09/24/2009 | 1948.00 |
| Invoice #: 17122352 | | | |
| 8939 | 17122301 | 09/24/2009 | 1276.00 |
| Invoice #: 17122301 | | | |
| 8945 | 17122181 | 09/24/2009 | 1295.40 |
| Invoice #: 17122181 | | | |
| 8946 | 17122398 | 09/25/2009 | 880.00 |
| Invoice #: 17122398 | | | |

CHECK AMOUNT        $0.00

NOT NEGOTIABLE

PRODUCT DLB100    USE WITH 91500 ENVELOPE                    PRINTED IN U.S.A.        A

**KINSELLA WEITZMAN ISER KUMP**
808 WILSHIRE BLVD
SANTA MONICA, CALIFORNIA 90401-1894
(310) 566-9812   FAX (310) 566-9862



FIRST REPUBLIC BANK
1888 CENTURY PARK E.
LOS ANGELES, CA 90067-1733
TEL (877) 743-7777
www.firstrepublic.com

94-8166-3210

10373

NOT NEGOTIABLE

10/19/2009        $0.00
DATE              AMOUNT

Void Void Void Void***********************************

PAY
TO THE
ORDER
OF:

Legalink, Inc.
20750 Ventura Blvd.
Suite 205
Woodland Hills, CA  91364

VOID VOID VOID

AUTHORIZED SIGNATURE

⑈010373⑈ ⑆321081669⑆ 9970006375⑈