Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof.Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@richardsonlaw.com

Attorney for Plaintiff
EXPEREXCHANGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC. a California Corporation, DBA: EXPERVISION,<br><br>Plaintiff,<br><br>vs.<br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual,<br><br>Defendants. | Case No.: **CV-08-3875 JCS**<br><br>**STIPULATION TO CONTINUE HEARING AND** ~~PROPOSED~~ **ORDER**<br><br>Hearing Date: **March 12, 2010**<br>Hearing Time: **9:30 AM**<br>Courtroom:    **A, 15th Floor**<br>Before: **Hon. Magistrate Judge Spero** |
| AND RELATED COUNTER-ACTION | |

The hearing for Defendant's motion for attorney's fees and costs remains on calendar for March 12, 2010. Due to Plaintiff's counsel's on-going treatment for a severe illness, he is unable to be present at the scheduled hearing. Defendant's counsel has agreed to stipulate to have the scheduled hearing continued to April 2, 2010, same time and location.

//

STIPULATION TO CONTINUE HEARING           1

The hearing for Defendants' motion for attorney's fees and costs is currently on calendar for March 12, 2010. Due to Plaintiff's counsel's on-going treatment for a severe illness, he is unable to be present at the scheduled hearing. Defendants' counsel has agreed to stipulate to have the scheduled hearing continued to April 2, 2010.

Date: 3/5/10

RICHARDSON INTELLECTUAL PROPERTY LAW,
Professional Corporation

Daniel R. Richardson, Esq.
Attorneys for Plaintiff

Date: 3/5/2010

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

David W. Swift, Esq.
Attorneys for Defendants

IT IS SO ORDERED

Dated: March 9, 2010

Hon. _____ Judge Spero

STIPULATION TO CONTINUE HEARING    2