**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPEREXCHANGE, INC., | Case No. C-08-03875 JCS |
| Plaintiff(s), | |
| v. | **ORDER VACATING APRIL 2, 2010 HEARING AND PERMITTING PLAINTIFF TO FILE RESPONSIVE BRIEF** |
| DOCULEX, INC., | |
| Defendant(s). | |

Defendants have filed a motion for attorneys' fees and costs ("the Motion"), which is set for hearing on April 2, 2010. In response to the Court's order, Defendants filed additional materials in support of the Motion on March 26, 2010. Having reviewed Defendants' additional materials, the Court **vacates the April 2, 2010 hearing.** Plaintiff shall be permitted (but is not required) to file a responsive brief addressing the new materials submitted by Defendants no later than **April 9, 2010**. At that time, the Court will determine whether a hearing on the Motion is necessary. Otherwise, the Motion will be taken under submission.

IT IS SO ORDERED.

Dated: March 31, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge