KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants and Counterplaintiffs,
DOCULEX, INC., CARL STRANG, TERRY MORGAN, DAVID BAILEY, JIM GREBEY, and DAVID GRIFFITH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPEREXCHANGE, INC., a California Corporation, DBA: EXPERVISION, <br><br>Plaintiff, <br><br>vs. <br><br>DOCULEX, INC., a Florida corporation; CARL STRANG, an individual; TERRY MORGAN, an individual; DAVID BAILEY, an individual; JIM GREBEY, an individual; DAVID GRIFFITH, an individual, <br><br>Defendants. | CASE NO. CV 08 3875 JCS <br><br>Before: **Hon. Magistrate Judge Spero** <br><br>**STIPULATION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR STAY OF EXECUTION AND WAIVER OF BOND PENDING APPEAL AND [PROPOSED] ORDER** |

WHEREAS, the Plaintiff set the hearing date for its motion for stay of execution and waiver of bond pending appeal for July 2, 2010;

WHEREAS, counsel for Defendants is out of the country on a pre-paid vacation from June 26 to July 10, 2010;

WHEREAS, counsel for Defendants has a hearing in Los Angeles, California on July 16, 2010;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the hearing date for Plaintiff's motion for stay of execution and waiver of bond pending appeal should be rescheduled to July 23, 2010.

Date: June 22, 2010        KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

David W. Swift, Esq.
Attorneys for Defendants

Date: June 22, 2010        RICHARDSON INTELLECTUAL PROPERTY LAW,
                           Professional Corporation

Daniel R. Richardson, Esq.
Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated: June 23, 2010



Hon. Judge Joseph C. Spero

2                                                              CV 08 3875 JCS
STIPULATION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR STAY OF
EXECUTION AND WAIVER OF BOND PENDING APPEAL AND [PROPOSED] ORDER